

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 10, 2014

Gregg William Hill
PO Box 1096
Hillsboro, TX 76645-1096
* DELIVERED VIA E-MAIL *

Mark Frederick Pratt
Hill County Courthouse
PO Box 400
Hillsboro, TX 76645-0000
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-13-00463-CR
        Trial Court Case Number:   37,134
        Style:  Billy Ray Thurman
                 v.
           The State of Texas

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                      Very truly yours,
                      KEITH E. HOTTLE, CLERK

                      Carmen De Leon
                      Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-13-00463-CR

Billy Ray **THURMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 66th District Court, Hill County, Texas
Trial Court No. 37,134
Honorable F. B. (Bob) McGregor Jr., Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to February 3, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court